AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| EDWARD L. TRAPP,<br>    Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | **JUDGMENT**<br>**CASE NO. 5:12-CV-803-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS the Commissioner's Motion for Judgment on the Pleadings [D.E. 26], DENIES Plaintiff's Motion for Judgment on the Pleadings [D.E. 24], and AFFIRMS the Commissioner's final decision. The action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 25, 2013,** WITH A COPY TO:

Angela R. Cinski (via CM/ECF electronic notification)
Leo R. Montenegro (via CM/ECF electronic notification)

| | |
|---|---|
| November 25, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina